The State ex rel. Hall, Appellant, v. Fuerst, Clerk of Courts, et al., Appellees.

[Cite as State ex rel. Hall v. Fuerst (1994),     Ohio St.3d
.]

Mandamus and/or procedendo  -- Denial of writ affirmed.

(No. 94-558 -- Submitted June 15, 1994 -- Decided July 27, 1994.)

Appeal from the Court of Appeals for Cuyahoga County, No. 66647.

David Hall, pro se.

Stephanie Tubbs Jones, Cuyahoga County Prosecuting Attorney, and Karen L. Johnson, Assistant Prosecuting Attorney, for appellees.

The judgment of the court of appeals is affirmed.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.